UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHAWN C. HAUSER,

                    **Plaintiff,**

-vs-                                        Case No. 6:07-cv-704-Orl-28KRS

HAWTHORNE DEVELOPMENT II
CORPORATION,

                    **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. No. 13) filed September 28, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 2, 2007 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Entry of Default Judgment (Doc. No. 13) is **GRANTED in part**. Default judgment is entered against Defendant Hawthorne Development II Corporation on Plaintiff's claim for violation of the overtime provisions of the FLSA.

3. Defendant Hawthorne Development II Corporation shall pay Plaintiff damages in the amount of $5,400.00, attorney's fees in the amount of $1,880.00, and costs in the amount of $407.50.

4. Plaintiff's claim for breach of an employment agreement is **DISMISSED.**

5. The Clerk is directed to issue a judgment consistent with this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __21__ day of December, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party